UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | C. BROWN, INC. | : | Chapter 11 |
| | | : | |
| | Debtor(s) | : | Bky. No. 09-17285 ELF |

# O R D E R

**AND NOW**, the Debtor having commenced this bankruptcy case on September 28, 2009;

**AND**, on November 9, 2009, the Debtor having filed a motion titled "Motion for Appointment of Attorney for Debtor Under F.R.B.P. 2014-1 ("the Motion");[1]

**AND**, in the Motion, the Debtor requesting both appointment of Gary M. Gusoff as counsel and approval of compensation and reimbursement of expenses in the total amount of $5,000.00;

**AND**, it being premature to allow interim compensation and reimbursement of expenses; see 11 U.S.C. §331;

**AND**, the Motion failing to include: (a) all of the information required by the third sentence of Fed. R. Bankr. P. 2014(a); and (b) an attached verified statement of proposed counsel as required by the last sentence of Rule 2014(a);

It is hereby **ORDERED** that:

1. Insofar as the Debtor's counsel seeks the allowance of compensation and reimbursement of

---

[1] There is no national rule of bankruptcy procedure ("Fed. R. Bankr. P. ") designated at Rule 2014-1.  The Debtor, apparently, is referring to Local Bankruptcy Rule 2014-1.  Both Fed. R. Bankr. P. 2014(a) and L.B.R. 2014-1(a) provide that requests for appointment of counse be made by "application," not by "motion."

expenses, the Motion is **DENIED WITHOUT PREJUDICE**.

2. Insofar as the Debtor's counsel seeks the appointment of counsel for the Debtor, a ruling on the Motion is **DEFERRED** until the Motion is supplemented by the information required by the third sentence of Fed. R. Bankr. P. 2014(a) and the verified statement of proposed counsel as required by the last sentence of Rule 2014(a). Any such supplement to the Motion shall be filed on or before **November 20, 2009** or the Motion may be denied without further notice or hearing.

Date: **November 13, 2009**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**